SNOW, CHRISTENSEN & MARTINEAU
DAVID W. SLAUGHTER, ESQ. (SBN A2977)
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400

BINGHAM McCUTCHEN, LLP
JOHN C. MORRISSEY (SBN 122194)
SANG MIN (ALVIN) LEE (SBN 217635)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT

30 JAN 03 PM 4:00

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE PINNACLE FUND, L.P., BARRY M. KITT, TOM HUNSE and DENISE HUNSE,<br><br>Plaintiffs,<br>v.<br><br>WORLD WIRELESS COMMUNICATIONS, INC., DAVID D. SINGER, KEVIN CHILDRESS, CHARLES TAYLOR, MALCOLM P. THOMAS, and DONALD I. WALLACE,<br><br>Defendants. | Case No. 2:01CV00155B<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Dee Benson<br><br>[No Hearing Required] |

STIPULATION OF DISMISSAL WITH PREJUDICE

Page 1


52

The parties to this action hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure, and the parties' Settlement Agreement and Mutual Releases that this action be dismissed with prejudice.

DATED: January 13, 2003

        VAN COTT, BAGLEY, CORNWALL & MCCARTHY

        By: *[signature]*
        Kenneth W. Yeates
        Attorneys for Plaintiffs
        THE PINNACLE FUND, L.P., BARRY M. KITT,
        TOM HUNSE, and DENISE HUNSE

DATED: January 13, 2003

        SNOW, CHRISTENSEN & MARTINEAU

        By: *[signature]*
        David W. Slaughter
        Attorneys for Defendants
        WORLD WIRELESS COMMUNICATIONS, INC.,
        DAVID D. SINGER, KEVIN CHILDRESS,
        CHARLES TAYLOR, MALCOLM P. THOMAS, and
        DONALD I. WALLACE

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has been served upon the following individuals by Federal Express on this 30th day of January, 2003:

| | |
|---|---|
| Stephen R. Field, Esq.<br>Law Offices of Stephen R. Field<br>240 Madison Avenue, 3rd Floor<br>New York, NY 10016 | George W. Bramblett, Jr.<br>Nicholas Even<br>R. Thaddeus Behrens<br>HAYNES AND BOONE, LLP<br>901 Main Street, Suite 3100<br>Dallas, TX 75202-3789 |
| Kenneth W. Yeates<br>VAN COTT, BAGLEY, CORNWALL & MCCARTHY<br>50 South Main Street, Suite 1500<br>Salt Lake City, UT 84145-0340<br>Via First Class Mail | Stephen Hale, Esq.<br>PARR, WADDOUPS, BROWN, GEE and LOVELESS<br>185 South State Street, Suite 1300<br>Salt Lake City, UT 84111<br>Via First Class Mail |
| John C. Morrissey<br>Sang Min (Alvin) Lee<br>BINGHAM McCUTCHEN, LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-1560 | |

_____
David W. Slaughter

**STIPULATION OF DISMISSAL WITH PREJUDICE**