FILED
CLERK, U.S. DISTRICT COURT

31 JAN 03 PM 2: 10

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

RECEIVED
JAN 3 0 2003
JUDGE'S COPY

SNOW, CHRISTENSEN & MARTINEAU
DAVID W. SLAUGHTER, ESQ. (SBN A2977)
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, UT 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400

BINGHAM McCUTCHEN, LLP
JOHN C. MORRISSEY (SBN 122194)
SANG MIN (ALVIN) LEE (SBN 217635)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE PINNACLE FUND, L.P., BARRY M. KITT, TOM HUNSE and DENISE HUNSE,<br><br>    Plaintiffs,<br>v.<br><br>WORLD WIRELESS COMMUNICATIONS, INC., DAVID D. SINGER, KEVIN CHILDRESS, CHARLES TAYLOR, MALCOLM P. THOMAS, and DONALD I. WALLACE,<br><br>    Defendants. | Case No. 2:01CV00155B<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Dee Benson<br><br>[No Hearing Required]<br><br>**SO ORDERED**<br><br>*/s/ Dee Benson*<br>―――――――――――<br>DEE BENSON<br>United States District Judge<br>1/31/03 |

STIPULATION OF DISMISSAL WITH PREJUDICE
Date _____

53

The parties to this action hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure, and the parties' Settlement Agreement and Mutual Releases that this action be dismissed with prejudice.

DATED: January 13, 2003

                                      VAN COTT, BAGLEY, CORNWALL & MCCARTHY

                                      By: _____
                                                Kenneth W. Yeates
                                              Attorneys for Plaintiffs
                           THE PINNACLE FUND, L.P., BARRY M. KITT,
                                TOM HUNSE, and DENISE HUNSE

DATED: January 3, 2003

                                      SNOW, CHRISTENSEN & MARTINEAU

                                      By: _____
                                              David W. Slaughter
                                             Attorneys for Defendants
                         WORLD WIRELESS COMMUNICATIONS, INC.,
                            DAVID D. SINGER, KEVIN CHILDRESS,
                    CHARLES TAYLOR, MALCOLM P. THOMAS, and
                                     DONALD I. WALLACE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has been served upon the following individuals by Federal Express on this 30th day of January, 2003:

| | |
|---|---|
| Stephen R. Field, Esq.<br>Law Offices of Stephen R. Field<br>240 Madison Avenue, 3rd Floor<br>New York, NY 10016 | George W. Bramblett, Jr.<br>Nicholas Even<br>R. Thaddeus Behrens<br>HAYNES AND BOONE, LLP<br>901 Main Street, Suite 3100<br>Dallas, TX 75202-3789 |
| Kenneth W. Yeates<br>VAN COTT, BAGLEY, CORNWALL &<br>MCCARTHY<br>50 South Main Street, Suite 1500<br>Salt Lake City, UT 84145-0340<br>via First Class Mail | Stephen Hale, Esq.<br>PARR, WADDOUPS, BROWN, GEE<br>and LOVELESS<br>185 South State Street, Suite 1300<br>Salt Lake City, UT 84111<br>Via First Class Mail |
| John C. Morrissey<br>Sang Min (Alvin) Lee<br>BINGHAM McCUTCHEN, LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-1560 | |

_____
David W. Slaughter

jmo

United States District Court
for the
District of Utah
January 31, 2003

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:01-cv-00155

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

   Mr. Kenneth W. Yeates, Esq.
   VAN COTT BAGLEY CORNWALL & MCCARTHY
   50 S MAIN STE 1600
   PO BOX 45340
   SALT LAKE CITY, UT  84145
   JFAX 9,5340058

   George W. Bramblett Jr., Esq.
   HAYNES & BOONE
   901 MAIN ST STE 3100
   DALLAS, TX  75202-3789

   Mr. David W Slaughter, Esq.
   SNOW CHRISTENSEN & MARTINEAU
   10 EXCHANGE PLACE
   PO BOX 45000
   SALT LAKE CITY, UT  84145-5000

   Stephen R. Field, Esq.
   240 MADISON AVE 3RD FL
   NEW YORK, NY  10016

   John C. Morrissey, Esq.
   MCCUTCHEN DOYLE BROWN & ENERSEN
   335 S GRANDE BLVD #4400
   LOS ANGELES, CA  90071-1560